JASON R. FLANDERS, (Bar No. 238007)
ANTHONY M. BARNES, (Bar No. 199048)
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108
Oakland CA 94609
Telephone: (916) 202-3018

KELLY CLARK (Bar No. 312251)
Email: kelly@losangeleswaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Telephone: (310) 394-6162

*Attorney for Plaintiff*
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>               Plaintiff,<br><br>  vs.<br><br>BODYCOTE THERMAL PROCESSING, INC., a Delaware corporation,<br><br>               Defendant. | Case No.: 2:18-cv-9356-DMG-GJS<br><br>**JOINT STIPULATION REGARDING ENTRY OF CONSENT DECREE AND DISMISSAL** |

TO THE COURT AND THE PARTIES:

WHEREAS, on October 29, 2019, Plaintiff Los Angeles Waterkeeper ("Plaintiff") and Defendant Bodycote Thermal Processing, Inc. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and,

WHEREAS, on November 1, 2019, Plaintiff filed a Notice of Settlement and requested the Court not sign the [Proposed] Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #50); and,

WHEREAS, on November 6, 2019, this Court issued a Minute Order requiring the Parties to file a stipulation or proposed order for dismissal of the action or judgment no later than January 2, 2020 (ECF #51); and,

WHEREAS, on December 18, 2019, the United States Department of Justice issued its Comment Letter (a true and correct copy of which is attached as Exhibit 1) regarding the Proposed Consent Decree, in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary;

**STIPULATION**

NOW, THEREFORE, the Parties hereby stipulate and request that the Court sign and enter the [Proposed] Consent Decree (a true and correct copy of which is attached as Exhibit 2); and,

The Parties stipulate and request that the Court retain jurisdiction of this matter for purposes of any disputes arising under the Consent Decree; and,

Subject to the Court's reservation of jurisdiction over the Consent Decree, the Parties stipulate and request that Plaintiff's claims be DISMISSED with prejudice.

IT IS SO STIPULATED.

/ / /

/ / /

1

2  DATED: December 19, 2019

3                                          AQUA TERRA AERIS LAW GROUP

4

5                                          /s/Jason R. Flanders
                                          Jason R. Flanders

6                                           A*ttorneys for P*l*aintiff*
                                          Los Angeles Waterkeeper

7

8                                           THOMPSON & KNIGHT LLP

9

10                                          /s/James B. Harris

11                                          James B. Harris
                                          A*ttorneys for De*f*endant*

12                                           Bodycote Thermal Processing, Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28