# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>    Plaintiff,<br><br>  vs.<br><br>BODYCOTE THERMAL PROCESSING, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: CV 18-9356-DMG (GJSx)<br><br>**ORDER FOR ENTRY OF CONSENT DECREE AND DISMISSAL OF ACTION [52]** |

Pursuant to the parties' Joint Stipulation, and, good cause appearing:

The Consent Decree of the Parties (attached as Exhibit 2 to the parties' stipulation [Doc. # 52-2]) is signed and entered by the Court;

The Court shall retain jurisdiction of this matter for purposes of any disputes arising under the Consent Decree; and,

Subject to the Court's reservation of jurisdiction over the Consent Decree, Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 30, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE