JASON R. FLANDERS, (Bar No. 238007)
ANTHONY M. BARNES, (Bar No. 199048)
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108
Oakland CA 94609
Telephone: (916) 202-3018

KELLY CLARK (Bar No. 312251)
Email: kelly@losangeleswaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Telephone: (310) 394-6162

*Attorney for Plaintiff*
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BODYCOTE THERMAL PROCESSING, INC., a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No.: 2:18-cv-9356-DMG-GJS<br><br>**STIPULATION AND NOTICE OF LODGING CONSENT DECREE WITH EXHIBITS** |

**STIPULATION AND NOTICE OF LODGING**

WHEREAS, on December 23, 2019, Plaintiff filed a Joint Stipulation (ECF #52-2) requesting the Court sign and enter a [Proposed] Consent Decree in this matter; and,

WHEREAS, on December 23, 2019, Exhibits A, B, and C to the [Proposed] Consent Decree were inadvertently omitted from the [Proposed] Consent Decree that was lodged with the Court; and,

WHEREAS, on December 30, 2019, the Court signed and entered the lodged Consent Decree (ECF #53) that did not include Exhibits A, B, and C thereto;

NOW, THEREFORE, for the convenience of the Court and the Parties, the Parties hereby agree and lodge the Consent Decree including Consent Decree Exhibits A, B, and C, attached hereto as Exhibit 1. The Parties request no action from the Court at this time.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 19, 2020

                         AQUA TERRA AERIS LAW GROUP

                         /s/Jason R. Flanders
                         Jason R. Flanders
                         *Attorneys for Plaintiff*
                         Los Angeles Waterkeeper

                         THOMPSON & KNIGHT LLP

                         /s/James B. Harris
                         James B. Harris
                         *Attorneys for Defendant*
                         Bodycote Thermal Processing, Inc.

All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                         /s/ Jason Flanders
                         Jason Flanders (SBN 238007)

ATA Law Group
490 43rd Street, Suite 108
Oakland CA 94608
916-202-3018